**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
In Re

    LAB KAY CHONG, d/b/a Kawaii Optical,

                   Debtor.

Case No. 10-13920-reg

Chapter 7

------------------------------------------------------X
30 CARMINE LLC,

                   Plaintiff,

    -against-

LAB KAY CHONG d/b/a Kawaii Optical,

                   Defendant.
------------------------------------------------------X

Adv. Pro. No. 10-3877-reg

FILED
U.S. BANKRUPTCY COURT
2010 NOV 12 P 3:59

## CERTIFICATE OF SERVICE

Lab Kay Chong, 44 Carmine Street, Apt. 1, New York, NY 10014, has served an Answer on:

Angela Tese-Milner, Esq.
Tese & Milner
One Minetta Lane
New York, NY 10012

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner, LLP
26 Court Street, Suite 2211
Brooklyn, NY 11242

Office of the United States Trustee
33 Whitehall Street, 21st floor
New York, NY 10004

via first-class mail on November 11, 2010.

                   By: _/s/_
                           Lab Kay Chong

1