# ROSENBERG, MUSSO & WEINER, LLP
*Attorneys At Law*

BRUCE WEINER
ROBERT J. MUSSO

LOUIS P. ROSENBERG
(1908-1997)

ROBERT NADEL

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

Email: rmwlaw@att.net

June 13, 2011

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Honorable Robert E. Gerber

Re:   30 Carmine v. Chong    Adv. 10-03877 - reg
      Davis v. Chong          Adv. 10-04242 - reg

Dear Judge Gerber:

The pretrial conference is scheduled for July 28, 2011 @ 9:45 a.m. in the above adversary proceedings.

Very truly yours,

Bruce Weiner

BW:db

cc: Brian Shoichi Masumoto, Esq. - via fax (212) 510-0500
    James H. Shenwick, Esq. - via fax 646-218-4600
    Lab Kay Cong - via U.S. Mail