Exhibit 9

**Plaintiffs000177**

*TESE & MILNER*
*One Minetta Lane*
New York, New York 10012

| Michael M. Milner, Esq.<br>Angela Tese-Milner, Esq. | (212) 475- 3673<br>Fax (212) 598-5864 | Vincent S. Tese, Esq.<br>(1903-1972)<br>Raymond Tese, Esq.<br>(1912-2002) |
|---|---|---|

August 20, 2010

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017
Fax: 646-218-4600

VIA FACSIMILE AND FIRST CLASS MAIL

Re:   *Lab Kay Chong*, 10-13920 (REG)

Dear Mr. Shenwick:

As requested at the above-referenced Debtor's 341 meeting kindly turnover to our office a copy of the cashier's check the Debtor used to pay his attorneys' fees within the next three (3) business days.

Sincerely,

Lindsay M. Weber
For Chapter 7 Trustee

Plaintiffs000178

Exhibit 10

**Plaintiffs000179**

## Lab Chong
44 Carmine Street APT 1
Tel: 646-753-4588

August 29, 2010

Trustee Angela Tese Milner,

The last bankruptcy case filed was in U.S. Bankruptcy court WD in Washington. The case number information is LAB CHONG: NO. ▇▇8001. I have no records of my pay advices in Mount Vernon, because it was all in cash. All copies of bank statements and cancelled checks in all accounts from 1/2008- PRESENT are attached. Finally, James Shenwick has a copy of the unexecuted lease for 44 Carmine street.

Regards,

Lab Chong

CC: James Shenwick.

Plaintiffs000180

**YOUR FREE CHECKING STATEMENT**

P.O. BOX 2437
CHATSWORTH, CA 91313-2437

This   Statement   Covers
From: 12/18/07
Through: 01/16/08

Need   assistance?
To reach us anytime,
call **1-800-788-7000**
or visit us at wam u.com

LAB KAY CHONG
30 CARMINE ST
NEW YORK NY 10014-4426
* ████████6990*

You normally would  receive  only  quarterly  statements  on your  inactive  account;  we are sending  you this statement  out of cycle to
be sure you get important  information.

Please see the message  specific to your account, if any, and the Notice  of Change In Terms towards  the end of this statement  for
important  information  about your deposit  accounts and services.

---

## Your  Free  Checking   Detail   Information

LAB KAY CHONG    Account   Number: ████6356  -6
Washington   Mutual   Bank,  FA

---

### Your  Account   at  a Glance

| | |
|---|---|
| Beginning    Balance | $0.01 |
| Checks Paid | $0.00 |
| Other  Withdrawals | $0.00 |
| Deposits | $0.00 |
| Ending   Balance | $0.01 |

Calendar  Year-To-Date Overdraft/Non-Sufficient   Funds Charges
(excluding  any charges which have been waived  or refunded):

| | |
|---|---|
| Overdraft   charges | $0.00 |
| Non-Sufficient  Funds charges | $0.00 |

Prior Calendar  Year Overdraft/Non-Sufficient   Funds Charges (excluding  any charges which have been waived  or refunded):

| | |
|---|---|
| Overdraft   charges | $0.00 |
| Non-Sufficient  Funds charges | $0.00 |

As of the statement  end date,  the fee for any Non-Sufficient  Funds transaction,  whether  paid or returned,  was $32.00  per transaction.

Deposits  are FDIC Insured

Form CS50004B 0000025267

X

Plaintiffs000181

This Statement    Covers
From: 12/18/07
Through: 01/16/08

## NOTICE OF CHANGE IN TERMS

### ONLINE STATEMENT DELIVERY NAME CHANGE AND NEW FEATURES

Effective Feb. 24, 2008: The Online Statement Delivery service will be called Online Delivery service; the Online Delivery service will include notices regarding non-sufficient funds (NSF) transactions, such as overdraft, overdraft line of credit advance and overdraft transfer notices. If you want to continue receiving NSF transaction related notices by mail, please call 800-788-7000. Other notices may be added to this service in the future.

### OVERDRAFT AND NON-SUFFICIENT FUNDS CHARGE
#### All accounts other than Oregon and Texas accounts

Effective Apr. 1, 2008, the fee for any transaction paid (overdraft charge) or returned (non-sufficient funds charge) when the Available Balance is not enough to cover the transaction will be $34 each, with a maximum of 5 per day. Any waived or refunded fee does not count towards this 5 per day limit.

### NON-CUSTOMER CHECK CASHING FEE

Effective Apr. 1, 2008, for Wash. and Fla. accounts, when a check written on your account is presented at one of our Wash. or Fla. financial centers by someone who is not an account holder with us, the presenter will be charged a $5 per item Check Cashing Fee to process the transaction. The fee will be deducted from the proceeds of the item.

If you have any questions regarding these changes, please visit a WaMu Financial Center or call us at 800-788-7000 (TDD 800-841-1743).

Thanks for choosing WaMu.

Page 2 of 2                          Deposits are FDIC Insured    EQUAL HOUSING LENDER
Form CS500043  0000025268    X

Plaintiffs000182

## TO REACH CUSTOMER SERVICE, PLEASE CALL TELEPHONE BANKING AT 1-800-788-7000

### HOW TO RECONCILE YOUR ACCOUNT

**STEP 1** - Update your account record.
- Enter checks, other transactions and service charges not recorded.

**STEP 2** - List outstanding checks, other transactions, POP, ATM, POS and other withdrawals:

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** |  |

| STEP 3 | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT |  |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT |  |
| **SUB TOTAL** |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| **THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER** |  |

### IF BALANCES DO NOT AGREE -

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service which you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling the number above, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate an amount. **That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement due to printing and mailing times as well as our process for reviewing overdraft limits.** An overdraft limit is not a line of credit. If you establish or have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees which may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family or household purposes. **FINANCE CHARGES** on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid **FINANCE CHARGES** on advances on your Credit Line Account.

The periodic **FINANCE CHARGE** on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received on that day and applied (i) to principal, (ii) unpaid **FINANCE CHARGES** and (iii) any overlimit fees, dishonored payment fees and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic **FINANCE CHARGE** for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

**BILLING RIGHTS SUMMARY - In case of errors or questions about your billing statement.**
If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 6868, Mailstop BR2CLFL, Lake Worth, FL 33466, Attn: Cash Operations, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
  Your name and account number;
  The dollar amount of the suspected error;
  Describe the error and explain, if you can, why you believe there is an error.
  If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### ELECTRONIC FUND TRANSFER DISCLOSURES

**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS:**

Telephone us at:1-800-788-7000 or for inquiries about ACH transactions, write to us at Washington Mutual ACH Services, P.O. Box 659534, San Antonio, TX 78265-9025; for inquiries about Debit card transactions, write to us at Washington Mutual Debit Card Claims Processing, P.O. Box 9017, Pleasanton, CA 94556-9017; for inquiries about Bill Pay transactions, write to us at Bill Pay, Attn: Bill Pay Back Office, 400 E. Main Street, MS STA2BPC, Stockton, CA 95202, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
  Tell us your name and account number.
  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you are a natural person and your account is used primarily for personal, family or household purposes: we will tell you the results of our investigation within 10 business days, or 20 business days if your account is a new account (generally 30 days after the first deposit made to the account); after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days, or 90 days in the case of a new account, an ATM transaction outside of the United States or any POS transaction, to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days, or 20 business days in the case of a new account, for the amount you think is in error. You will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days (20 days as applicable), we may not recredit your account. If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

### TRANSACTION DESCRIPTIONS

ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

REV09/07

Plaintiffs000183

**YOUR FREE CHECKING STATEMENT**

P.O. BOX 2437
CHATSWORTH, CA 91313-2437

This Statement    Covers
From: 01/17/08
Through: 03/17/08

Need   assistance?
To reach us anytime,
call **1-800-788-7000**
or visit us at wamu.com

LAB KAY CHONG
30 CARMINE ST
NEW YORK NY 10014-4426
*100144426990*

As you haven't recently transacted on this account, we consider it inactive & are sending your statements quarterly. Perform a transaction & your monthly statements will continue. Monthly fees, if any, will still be assessed so remember to keep track of your balance. Consider requesting electronic statements online at wamu.com.

## Your  Free  Checking  Detail  Information

LAB  KAY  CHONG      Account  Number:  ████6356 -6
Washington  Mutual  Bank, FA

### Your  Account  at a Glance

| | |
|---|---|
| Beginning   Balance | $0.01 |
| Checks Paid | $0.00 |
| Other Withdrawals | $0.00 |
| Deposits | $0.00 |
| Ending   Balance | $0.01 |

Calendar Year-To-Date Overdraft/Non-Sufficient  Funds Charges
(excluding any charges which have been waived or refunded):
| | |
|---|---|
| Overdraft  charges | $0.00 |
| Non-Sufficient  Funds charges | $0.00 |

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $32.00 per transaction.

Deposits  are FDIC Insured
Form CS50004B 0000017955         X

**Plaintiffs000184**

## TO REACH CUSTOMER SERVICE, PLEASE CALL TELEPHONE BANKING AT 1-800-788-7000

**HOW TO RECONCILE YOUR ACCOUNT**

**STEP 1** - Update your account record.
- Enter checks, other transactions and service charges not recorded.

**STEP 2** - List outstanding checks, other transactions, POP, ATM, POS and other withdrawals:

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** |  |

| STEP 3 | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT |  |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT |  |
|  |  |
|  |  |
| **SUB TOTAL** |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| **THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER** |  |

**IF BALANCES DO NOT AGREE**
- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service which you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling the number above, we may, but are not obligated to, establish an overdraft limit, to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate an amount. **That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice,including before you actually receive your statement due to printing and mailing time as well as our process for reviewing overdraft limits.** An overdraft limit is not a line of credit.If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance.The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees which may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family or household purposes. **FINANCE CHARGES** on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid **FINANCE CHARGES** on advances on your Credit Line Account.
The periodic **FINANCE CHARGE** on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be: (1) the Total Balance at the beginning of that day, plus (2) new advances or charges,minus (3) all payments and credits received on that day and applied (i) to principal, (ii) unpaid **FINANCE CHARGES** and (iii) any overlimit fees, dishonored payment fees and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic **FINANCE CHARGE** for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.
**BILLING RIGHTS SUMMARY - In case of errors or questions about your billing statement.**
If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us on a separate sheet of paper, at: Washington Mutual, P.O. Box 6868, Mailstop BR2O.FI.I, Lake Worth FL 33466, Attn: Cash Operations, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
- Your name and account number;
- The dollar amount of the suspected error;
- Describe the error and explain, if you can, why you believe there is an error.

If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question.While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### ELECTRONIC FUND TRANSFER DISCLOSURES
**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS:**

Telephone us at:1-800-788-7000 or for inquiries about ACH transactions, write to us at Washington Mutual ACH Services, P.O. Box 659634, San Antonio, TX 78265-9025; for inquiries about debit card transactions, write to us at Washington Mutual Debit Card Claims Processing, P.O. Box 9017, Pleasanton, CA 94556-9017; for inquiries about Bill Pay transactions, write to us at Bill Pay, Attn: Bill Pay Back Office, 400 E. Main Street, MS S1A2IB4PC, Stockton, CA 95202, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you are a natural person and your account is used primarily for personal, family or household purposes: we will tell you the results of our investigation within 10 business days, or 20 business days if your account is a new account (generally 30 days after the first deposit made to the account), after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days, or 90 days in the case of a new account, an ATM transaction outside of the United States or any POS transaction, to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days, or 20 business days in the case of a new account, for the amount you think is in error. You will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days (20 days if applicable), we may not recredit your account. If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation.You may ask for copies of the documents that we used in our investigation.

### TRANSACTION DESCRIPTIONS

ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

REV08/07

Plaintiffs000185

**YOUR FREE CHECKING STATEMENT**

P.O. BOX 2437
CHATSWORTH, CA 91313-2437

**This Statement Covers**
From: 03/18/08
Through: 04/15/08

*Need assistance?*
To reach us anytime
call 1-800-788-7000
or visit us at wamu.com

LAB KAY CHONG
30 CARMINE ST
NEW YORK NY 10014-4426

As you haven't recently transacted on this account, we consider it inactive & are sending your statements quarterly. Perform a transaction & your monthly statements will continue. Monthly fees, if any, will still be assessed so remember to keep track of your balance. Consider requesting electronic statements online at wamu.com.

You normally would receive only quarterly statements on your inactive account; we are sending you this statement out of cycle to be sure you get important information.

Our addresses for notices regarding unauthorized transactions, lost or stolen access devices or other errors have changed. Write us as follows: for ATM Card, Debit Card or related PINs, P.O. Box 9017, Pleasanton, CA 94566-9020; for ACH and electronified check transactions, P.O. Box 65934, San Antonio, TX 78265; and, for *Personal Bill Pay®* and *Business Bill Pay®* services and Online Banking transactions, 400 E. Main Street, MS STA2BPC, Stockton, CA 95202.

Please see the Notice of Change in Terms towards the end of this statement for important information about your deposit accounts and services.

## Your Free Checking Detail Information

LAB KAY CHONG          Account Number: ████████6356-6
Washington Mutual Bank, FA

### Your Account at a Glance

| | |
|---|---|
| Beginning Balance | $0.01 |
| Checks Paid | $0.00 |
| Other Withdrawals | $0.00 |
| Deposits | $0.00 |
| Ending Balance | $0.01 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):

| | |
|---|---|
| Overdraft charges | $0.00 |
| Non-Sufficient Funds charges | $0.00 |

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.

Plaintiffs000186

This Statement  Covers
Account  Number: ████████6356-6
From: 03/18/08
Through: 04/15/08

## NOTICE OF CHANGE IN TERMS

Effective  June 5, 2008, our fees will be changing  as follows:

ATM/Debit  Card Foreign  Transaction  Fee
- ATM  Transactions                                                1% of total
- Other  Transactions                                              3% of total
Overdraft  Transfer  Service (if enrolled)                         $12
- Free when protecting  Platinum  Checking  or with  a balance of at least $10,000
Plus Package Monthly  Fee                                          $6
Return Deposited  Item Fee                                         $12
Safe Deposit  (or Self Access) Box Drilling  Fee                   $175
Statement  Savings  Monthly  Service  Charge                       $5
- Free if you are 18 years or younger  (on request)  or with  a daily balance of $300
Overdraft  and Non-Sufficient  Funds (NSF) Fees
- We won't . charge more than 7 Overdraft  or NSF charges (combined)  in a day.
- Waived/refunded   fees do not count  towards  daily limit.

If you have any questions  regarding  these changes, call us at 800-788-7000 (TDD 800-841-1743).

Deposits  are FDIC Insured

7782          NNGR          001      07    15    041508      PAGE 2 of 2      COLR725C    7253    3200    01AA7782

Plaintiffs000187

## TO REACH CUSTOMER SERVICE, PLEASE CALL TELEPHONE BANKING AT 1-800-788-7000

**HOW TO RECONCILE YOUR ACCOUNT**

**STEP 1** - Update your account record.
- Enter checks, other transactions and service charges not recorded.

**STEP 2** - List outstanding checks, POP, ATM, POS and other withdrawals:

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS | |

| STEP 3 | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT | |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT | |
| SUB TOTAL | |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) | |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER | |

**IF BALANCES DO NOT AGREE -**
- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service which you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling the number above, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate an amount. **That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement due to printing and mailing time as well as our process for reviewing overdraft limits.** An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees which may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or returned and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family or household purposes. **FINANCE CHARGES** on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid **FINANCE CHARGES** on advances on your Credit Line Account.
The periodic **FINANCE CHARGE** on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received on that day and applied (i) to principal, (ii) unpaid **FINANCE CHARGES** and (iii) any overlimit fees, dishonored payment fees and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic **FINANCE CHARGE** for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.
**BILLING RIGHTS SUMMARY - In case of errors or questions about your billing statement.**
If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 6868, Mailstop IPA7CLF1, Lake Worth, FL 33466, Attn: Cash Operations, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.
If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### ELECTRONIC FUND TRANSFER DISCLOSURES

**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS:**

Telephone us at: 1-800-788-7000 or for inquiries about ACH transactions, write to us at Washington Mutual ACH Services, P.O. Box 659634, San Antonio, TX 78265-9025; for inquiries about debit card transactions, write to us at Washington Mutual Debit Card Claims Processing, P.O. Box 9017, Pleasanton, CA 94556-9017; for inquiries about Bill Pay transactions, write to us at Bill Pay, Attn: Bill Pay Back Office, 400 E. Main Street, MS S1A2BPC, Stockton, CA 95202, as soon as you can. If you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you are a natural person and your account is used primarily for personal, family or household purposes: we will tell you the results of our investigation within 10 business days, or 20 business days if your account is a new account (generally 30 days after the first deposit made to the account), after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days, or 90 days in the case of a new account, an ATM transaction outside of the United States or any POS transaction, to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days, or 20 business days in the case of a new account, for the amount you think is in error. You will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days (20 days if applicable), we may not recredit your account. If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

### TRANSACTION DESCRIPTIONS

ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

REV09/07

Plaintiffs000188

**YOUR FREE CHECKING STATEMENT**

P.O. BOX 2437
CHATSWORTH, CA 91313-2437

This Statement   Covers
From: 04/16/08
Through: 06/16/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at wamu.com

LAB KAY CHONG
30 CARMINE ST
NEW YORK NY 10014-4426

As you haven't recently transacted on this account, we consider it inactive & are sending your statements quarterly. Perform a transaction & your monthly statements will continue. Monthly fees, if any, will still be assessed so remember to keep track of your balance. Consider requesting electronic statements online at wamu.com.

Effective 8/24/2008, if we do not make a deposit immediately available, we will make available the first $100 of the total deposits on the Business Day your deposit is treated as received.

## Your Free Checking Detail Information

LAB KAY CHONG        Account Number: ▓▓▓▓▓6356-6
Washington Mutual Bank, FA

### Your Account at a Glance

| | |
|---|---|
| Beginning Balance | $0.01 |
| Checks Paid | $0.00 |
| Other Withdrawals | $0.00 |
| Deposits | $0.00 |
| Ending Balance | $0.01 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):

| | |
|---|---|
| Overdraft charges | $0.00 |
| Non-Sufficient Funds charges | $0.00 |

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.



7782        NNGR        001    07    16  061608      PAGE 1 of 2        COLR725C  7253  3200  01AA7782

Plaintiffs000189

## TO REACH CUSTOMER SERVICE, PLEASE CALL TELEPHONE BANKING AT 1-800-788-7000

**HOW TO RECONCILE YOUR ACCOUNT**

STEP 1 - Update your account record.
- Enter checks, other transactions and service charges not recorded.

STEP 2 - List outstanding checks, other transactions, POP, ATM, POS and other withdrawals:

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** |  |

| STEP 3 | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT |  |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT |  |
| **SUB TOTAL** |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| **THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER** |  |

**IF BALANCES DO NOT AGREE**
- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

**NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER**
We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service which you have linked to your account), even if we paid such items/transactions in the past.Unless you request us not to do so, by calling the number above, we may, but are not obligated to, establish an overdraft limit to pay items/transaction(s) in excess of your available balance and any fees related to your account.We may note on the front of this statement that an overdraft limit was established and indicate an amount. **That amount is valid as of the statement date, but may change for this account, lowered, or removed at any time without notice,including before you actually receive your statement due to printing and mailing time as well as our process for reviewing overdraft limits.** An overdraft limit is not a line of credit.If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance.The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees which may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

**OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES**
This information applies only to overdraft lines of credit issued to consumers primarily for personal, family or household purposes. **FINANCE CHARGES** on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid **FINANCE CHARGES** on advances on your Credit Line Account.
The periodic **FINANCE CHARGE** on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges,minus (3) all payments and credits received on that day and applied (i) to principal, (ii) unpaid **FINANCE CHARGES** and (iii) any overlimit fees. dishonored payment fees and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic **FINANCE CHARGE** for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.
**BILLING RIGHTS SUMMARY - In case of errors or questions about your billing statement.**
If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 6868, Mailstop BR2CLFL, Lake Worth, FL 33466, Attn: Cash Operations, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
    Your name and account number.
    The dollar amount of the suspected error.
    Describe the error and explain, if you can, why you believe there is an error.
    If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question.While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**NOTICES OF FURNISHING NEGATIVE INFORMATION**
WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

**BANKRUPTCY NOTICE**
IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

**ELECTRONIC FUND TRANSFER DISCLOSURES**
**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS:**
Telephone us at:1-800-788-7000 or for inquiries about ACH transactions, write to us at Washington Mutual ACH Services, P.O. Box 659634, San Antonio, TX 78265-9025; for inquiries about debit card transactions, write to us at Washington Mutual Debit Card Claims Processing, P.O. Box 9017, Pleasanton, CA 94588-9017; for inquiries about Bill Pay transactions, write to us at Bill Pay, Attn: Bill Pay Back Office, 400 E. Main Street, MS S1A2BPC, Stockton, CA 95202, as soon as you can. If you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
    Tell us your name and account number.
    Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you are a natural person and your account is used primarily for personal, family or household purposes: we will tell you the results of our investigation within 10 business days, or 20 business days if your account is a new account (generally 30 days after the first deposit made to the account), after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days, or 90 days in the case of a new account, an ATM transaction outside of the United States or any POS transaction, to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days, or 20 business days in the case of a new account, for the amount you think is in error. You will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days (20 days as applicable), we may not recredit your account. If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation.You may ask for copies of the documents that we used in our investigation.

**TRANSACTION DESCRIPTIONS**
ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

REV09/07

YOUR FREECHECKING STATEMENT

P.O. BOX 2437
CHATSWORTH, CA 91313-2437

**This Statement Covers**
From: 06/17/08
Through: 09/16/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at wamu.com

LAB KAY CHONG
30 CARMINE ST
NEW YORK NY 10014-4426

As you haven't recently transacted on this account, we consider it inactive & are sending your statements quarterly. Perform a transaction & your monthly statements will continue. Monthly fees, if any, will still be assessed so remember to keep track of your balance. Consider requesting electronic statements online at wamu.com.

Please see the enclosed information regarding preventing overdrafts, non-sufficient funds, fees and other important information below about changes to your deposit accounts and services.

## Your Free Checking Detail Information

LAB KAY CHONG        Account Number: 6356-6
Washington Mutual Bank, FA

### Your Account at a Glance

| | |
|---|---|
| Beginning Balance | $0.01 |
| Checks Paid | $0.00 |
| Other Withdrawals | $0.00 |
| Deposits | $0.00 |
| Ending Balance | $0.01 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):

| | |
|---|---|
| Overdraft charges | $0.00 |
| Non-Sufficient Funds charges | $0.00 |

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.

### Notice of Change in Terms

Effective October 1, 2008, the address for deposits (other than deposit contributions to a Retirement or Coverdell Education Savings Account) and payments for any Overdraft Line of Credit sent by mail is P.O. Box 659588, San Antonio, TX 78265-9588. Use of any other address can result in loss or delayed processing.

0 10-X-83                         Page 1 of 3                  Deposits are FDIC Insured

Plaintiffs000191

When a check written on your account is presented at a Washington Mutual financial center by someone who is not a Washington Mutual account holder, the presenter will be charged a $5 per item fee. The Check Cashing Fee is deducted from the proceeds of the item. We will waive the fee if the check is presented at the branch of account on which the check was drawn or our home office branch, and upon request if the person cashing the check is 18 years or younger. (This change is effective immediately for FL and WA accounts; for all others, it is effective December 1, 2008). Not applicable to checks drawn on WaMu business checking accounts.

Did you know according to the Federal Trade Commission, identity theft is one of the fastest growing crimes in the United States? With WaMu's **ID Theft Inspect**® services, we help you protect: your credit, your identity and your assets. For more information go to wamu.com and search for "ID" or visit any WaMu branch to enroll today!

Thinking about refinancing or purchasing a new home? Our experienced Home Loan Consultants are here to help. Just stop by one of over 2,000 WaMu branches or call 866.353.7198. We look forward to hearing from you. Not sure if there is a WaMu branch near you? Visit wamu.com to search for one in your area.

TEACH YOUR OLD 401K TO ROLL OVER. Your old account actually can learn new tricks. And it's easier than you think. In just a few minutes your money can start doing some pretty impressive things. So come in today. And sit.

Deposits are FDIC Insured

7782        NNGR        001    07    16  091608        PAGE 2 of 3        COLR725C  7253    3200    01AA7782

Plaintiffs000192

## WaMu® Credit Card

# Our credit card offer is friendlier

**(just what you'd expect from WaMu)**

# 0% Fixed APR
for 6 months on purchases
and balances transferred NOW*

- No annual fee
- Free online FICO® credit score access*
- $0 fraud liability if your card is lost or stolen
- Money-saving discounts to popular restaurants and retailers*

You know what? If you're paying more than 0% APR on your credit card right now, you could be paying too much. Get the WaMu Platinum MasterCard® credit card and you'll enjoy:

0% Fixed APR for 6 months on purchases and balances transferred NOW*

At WaMu, we think you should use your money the way you want—to pay bills, buy your groceries, or simply enjoy yourself. And now you can—for no annual fee.

Offers don't get much better than this, so respond today for your very own Platinum MasterCard credit card! Get a 30-second response when you apply online at **wamucredit.com/apply8.**

LABKAYCHONG, this is a limited-time offer, so apply today for a WaMu Platinum MasterCard credit card.

## LIMITED-TIME OFFER
### Expires 11/30/08

**GET A RESPONSE IN** 30 SECONDS

Visit **wamucredit.com/apply8**

*Subject to credit approval. Rates: APR for Purchases and Balance Transfers: 0% for the first 6 months, then variable (now 9.99% to 19.99%, depending on your credit profile). Cash Advance APR: variable (now 23.99%). All rates can go as high as 28.99% (variable) if you pay late, exceed your credit line, or your payment to us is returned unpaid. Variable rates are current as of August 2008. Balance Transfer Fee: 3% ($5 min.). Cash Advance Fee: 3% (min. $10). Minimum Finance Charge: $1. Terms may change. **Credit score access:** FICO® credit score availability for new accounts can take up to 90 days from account opening. Scores are generally updated on a monthly basis depending on credit bureau updates and account standing. FICO credit scores are only available online. FICO is a registered trademark of Fair Isaac Corporation. **Discounts:** Discounts and/or rebate offers from popular restaurants and retailers will be available with your credit card statement and/or online. Your credit card account must be open to receive these discounts/rebates.

ICADM809

7782        NNGR        001    07    16    081608        PAGE 3 of 3        COLR725C    7253    3200    01AA7782

Plaintiffs000193

## TO REACH CUSTOMER SERVICE, PLEASE CALL TELEPHONE BANKING AT 1-800-788-7000

**HOW TO RECONCILE YOUR ACCOUNT**

STEP 1 - Update your account record.

- Enter checks, other transactions and service charges not recorded.

STEP 2 - List outstanding checks, POP, ATM, POS and other withdrawals:

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** |  |

| STEP 3 | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT |  |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT |  |
|  |  |
|  |  |
| **SUB TOTAL** |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| **THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER** |  |

**IF BALANCES DO NOT AGREE**

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

**NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER**

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service which you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling the number above, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate an amount. **That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice,including before you actually review your statement due to printing and mailing time as well as our process for reviewing overdraft limits.** An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

**OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES**

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family or household purposes. **FINANCE CHARGES** on each advance accrue from the date we make the advance until the advance is paid in full. This means that there is no grace period that would allow you to avoid **FINANCE CHARGES** on advances on your Credit Line Account.
The periodic **FINANCE CHARGE** on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be the (1) the Total Balance at the beginning of that day, plus (2) new advances or charges,minus (3) all payments and credits received on that day and applied (i) to principal, (ii) unpaid **FINANCE CHARGES** and (iii) any overlimit fees, dishonored payment fees and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic **FINANCE CHARGE** for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.
**BILLING RIGHTS SUMMARY - In case of errors or questions about your billing statement**
If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 6868, Mailstop BR2CLFL, Lake Worth, FL 33466. Attn: Cash Operations, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
 Your name and account number.
 The dollar amount of the suspected error.
 Describe the error and explain, if you can, why you believe there is an error.
 If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question.While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**NOTICES OF FURNISHING NEGATIVE INFORMATION**
WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

**BANKRUPTCY NOTICE**
IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

**ELECTRONIC FUND TRANSFER DISCLOSURES**
**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS:**

Telephone us at 1-800-788-7000 or for inquiries about ACH transactions, write to us at Washington Mutual ACH Services, P.O. Box 659634, San Antonio, TX 78265-9025; for inquiries about debit card transactions, write to us at Washington Mutual Debit Card Claims Processing, P.O. Box 9017, Pleasanton, CA 94556-9017; for inquiries about Bill Pay transactions, write to us at Bill Pay, Attn: Bill Pay Back Office, 400 E. Main Street, MS STA2BPC, Stockton, CA 95202, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
 Tell us your name and account number.
 Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
 Tell us the dollar amount of the suspected error.
If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you are a natural person and your account is used primarily for personal, family or household purposes we will tell you the results of our investigation within 10 business days, or 20 business days if your account is a new account (generally 30 days after the first deposit made to the account), after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days, or 90 days in the case of a new account, an ATM transaction outside of the United States or any POS transaction, to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days, or 20 business days in the case of a new account, for the amount you think is in error. You will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and you do not receive it within 10 business days (20 days as applicable), we may not recredit your account. If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**TRANSACTION DESCRIPTIONS**
ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

REV09/07

Plaintiffs000194

P.O. BOX 2437
CHATSWORTH, CA 91313-2437

**This Statement    Covers**
From: 09/17/08
Through: 10/16/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at wamu.com

LAB KAY CHONG
30 CARMINE ST
NEW YORK NY 10014-4426

As you haven't recently transacted on this account, we consider it inactive & are sending your statements quarterly.  Perform a transaction & your monthly statements will continue.  Monthly fees, if any, will still be assessed so remember to keep track of your balance. Consider requesting electronic statements online at wamu.com.

## Your  Free  Checking  Detail  Information

LAB KAY CHONG          Account  Number███████6356-6
Washington   Mutual  Bank,  FA

| Your Account  at a Glance | |
|---|---|
| Beginning  Balance | $0.01 |
| Checks Paid | $0.00 |
| Other Withdrawals | $0.00 |
| Deposits | $0.00 |
| Ending  Balance | $0.01 |

Calendar Year-To-Date Overdraft/Non-Sufficient   Funds Charges
(excluding any charges which have been waived or refunded):

| | |
|---|---|
| Overdraft  charges | $0.00 |
| Non-Sufficient  Funds charges | $0.00 |

As of the statement end date, the fee for any Non-Sufficient  Funds transaction, whether paid or returned, was $34.00 per transaction.

0 10-X-83                        Page 1 of 1                Deposits  are FDIC Insured    

7782        NNGR        001      07   16  101608      PAGE 1 of 1        COLR725C  7253  3200  G1AA7782

Plaintiffs000195

## HOW TO RECONCILE YOUR ACCOUNT

**STEP 1**

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

**STEP 2**

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** | |

**STEP 3**

| | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT | |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT | |
| **SUBTOTAL** | |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) | |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER | |

## IF BALANCES DO NOT AGREE:

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits. An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid FINANCE CHARGES, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

**BILLING RIGHTS SUMMARY — In case of errors or questions about your billing statement.**

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659588, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

Your name and account number;
The dollar amount of the suspected error;
Describe the error and explain, if you can, why you believe there is an error.
If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:

- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

Plaintiffs000196

· *Bill Pay* and Online Banking transactions to 400 E. Main Street, MS
STA2B*PC, Stockton, CA 95202.
We must hear from you no later than 60 calendar days after we sent you
the FIRST statement on which the error or problem appeared.
· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about (including the
date) and explain as clearly as you can why you believe it is an error or
why you need more information.
· Tell us the dollar amount of the suspected error.
**For Transactions Subject to Federal Electronic Fund Transfer Act:**
We will investigate your claim promptly. If we take more than 10 business
days to do this, we will credit your account for the amount you think is in
error if required by law to do so, so that you will have the use of the
money during the time it takes us to complete our investigation.

---

### *WAMU® DEBIT MASTERCARD® CUSTOMERS:*
The Guide to Benefits is online at wamu.com/debit (click on Compare
WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

### *TRANSACTION DESCRIPTIONS*
ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE
CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO
FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

Plaintiffs000197

*Deposit accounts now held by JPMorgan Chase Bank, N. A.*

**YOUR FREE CHECKING STATEMENT**

P.O. BOX 660022
DALLAS, TX 75266-0022

**This Statement Covers**
From: 10/17/08
Through: 12/15/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

LAB KAY CHONG
30 CARMINE ST
NEW YORK NY 10014-4426

As you haven't recently transacted on this account, we consider it inactive & are sending your statements quarterly. Perform a transaction & your monthly statements will continue. Monthly fees, if any, will still be assessed so remember to keep track of your balance. Consider requesting electronic statements online at wamu.com.

## Your Free Checking Detail Information

LAB KAY CHONG    Account Number: ████356-6
Washington Mutual Bank, FA

### Your Account at a Glance

| | |
|---|---|
| Beginning Balance | $0.01 |
| Checks Paid | $0.00 |
| Other Withdrawals | $0.00 |
| Deposits | $0.00 |
| Ending Balance | $0.01 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):

| | |
|---|---|
| Overdraft charges | $0.00 |
| Non-Sufficient Funds charges | $0.00 |

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.

Did you know according to the Federal Trade Commission, identity theft is one of the fastest growing crimes in the United States? With WaMu's **ID Theft Inspect**® services, we help you protect: your credit,Ê your identity and your assets. For more information go to wamu.com and search for "ID" or visitÊany WaMu branch to enroll today!

0 10-X-83

Page 1 of 1

Deposits are FDIC Insured



Plaintiffs000198

## HOW TO RECONCILE YOUR ACCOUNT

**STEP 1**

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

**STEP 2**

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** |  |

**STEP 3**

|  | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT |  |
| ADD YOUR DEPOSITS NOT SHOWN ON THIS STATEMENT |  |
| **SUBTOTAL** |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| **THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER** |  |

### IF BALANCES DO NOT AGREE:

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. **That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits.** An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid FINANCE CHARGES, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

**BILLING RIGHTS SUMMARY — In case of errors or questions about your billing statement.**

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659588, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
   Your name and account number;
   The dollar amount of the suspected error;
   Describe the error and explain, if you can, why you believe there is an error.
   If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you must still pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:
- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

Plaintiffs000199

- Bill Pay and Online Banking transactions to 400 E. Main Street, MS STA28PC, Stockton, CA 95202.

We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

**For Transactions Subject to Federal Electronic Fund Transfer Act:**
We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

---

### WAMU® DEBIT MASTERCARD® CUSTOMERS:
The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

### TRANSACTION DESCRIPTIONS
ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

Plaintiffs000200

*Deposit accounts now held by JPMorgan Chase Bank, N. A.*

**YOUR FREE CHECKING STATEMENT**

P.O. BOX 660022
DALLAS, TX 75266-0022

**This Statement Covers**
From: 12/16/08
Through: 01/16/09

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at wamu.com

LAB KAY CHONG
30 CARMINE ST
NEW YORK NY 10014-4426

As you haven't recently transacted on this account, we consider it inactive & are sending your statements quarterly. Perform a transaction & your monthly statements will continue. Monthly fees, if any, will still be assessed so remember to keep track of your balance. Consider requesting electronic statements online at wamu.com.

**See enclosed Privacy Policy. If you are a new Chase customer you need to contact us to exercise your privacy preferences.**

## Your Free Checking Detail Information

LAB KAY CHONG          Account Number: XXXXXXX856-6
                       Washington Mutual Bank, FA

### Your Account at a Glance

| | |
|---|---|
| Beginning Balance | $0.01 |
| Checks Paid | $0.00 |
| Other Withdrawals | $0.00 |
| Deposits | $0.00 |
| **Ending Balance** | **$0.01** |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):

| | |
|---|---|
| Overdraft charges | $0.00 |
| Non-Sufficient Funds charges | $0.00 |

Prior Calendar Year Overdraft/Non-Sufficient Funds Charges (excluding any charges which have been waived or refunded):

| | |
|---|---|
| Overdraft charges | $0.00 |
| Non-Sufficient Funds charges | $0.00 |

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.

Plaintiffs000201

## HOW TO RECONCILE YOUR ACCOUNT

**STEP 1**

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

**STEP 2**

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS |  |

**STEP 3**

|  | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT |  |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT |  |
| SUBTOTAL |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER |  |

**IF BALANCES DO NOT AGREE:**

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. **That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits.** An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. **FINANCE CHARGES** on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid **FINANCE CHARGES** on advances on your Credit Line Account.

The periodic **FINANCE CHARGE** on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid **FINANCE CHARGES**, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic **FINANCE CHARGE** for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

### BILLING RIGHTS SUMMARY -- In case of errors or questions about your billing statement.

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659588, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

    Your name and account number;
    The dollar amount of the suspected error;
    Describe the error and explain, if you can, why you believe there is an error.
    If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:

- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

Plaintiffs000202

- *Bill Pay* and Online Banking transactions to 400 E. Main Street, MS STA2BPC, Stockton, CA 95202.

We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

**For Transactions Subject to Federal Electronic Fund Transfer Act:**
We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

---

### WAMU® DEBIT MASTERCARD® CUSTOMERS:

The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

---

### TRANSACTION DESCRIPTIONS

ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

Plaintiffs000203

*Deposit accounts now held by JPMorgan Chase Bank, N. A.*

**YOUR FREE CHECKING STATEMENT**

P.O. BOX 660022
DALLAS, TX 75266-0022

**This Statement Covers**
From: 01/17/09
Through: 03/16/09

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

LAB KAY CHONG
30 CARMINE ST
NEW YORK NY 10014-4426

As you haven't recently transacted on this account, we consider it inactive & are sending your statements quarterly. Perform a transaction & your monthly statements will continue. Monthly fees, if any, will still be assessed so remember to keep track of your balance. Consider requesting electronic statements online at wamu.com.

## Your Free Checking Detail Information

LAB KAY CHONG          Account Number: ████356-6
Washington Mutual Bank, FA

Amendment to Account Disclosures and Regulations, Withdrawals section: We no longer reserve the right to require seven days notice to withdraw funds from any WaMu non-interest bearing checking account.

| Your Account at a Glance | |
|---|---|
| Beginning Balance | $0.01 |
| Checks Paid | $0.00 |
| Other Withdrawals | $0.00 |
| Deposits | $0.00 |
| Ending Balance | $0.01 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):

| | |
|---|---|
| Overdraft charges | $0.00 |
| Non-Sufficient Funds charges | $0.00 |

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.

0 10-X-83                     Page 1 of 1          Deposits are FDIC Insured    

7782        NNGR        001    07    16    031609        PAGE 1 of 1        COLR725C    7253    3200    01AA7782

Plaintiffs000204

## HOW TO RECONCILE YOUR ACCOUNT

**STEP 1**

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

**STEP 2**

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** |  |

**STEP 3**

|  | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT |  |
| ADD ANY DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT |  |
| **SUBTOTAL** |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER |  |

**IF BALANCES DO NOT AGREE:**

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits. An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft limit, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid FINANCE CHARGES, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

### BILLING RIGHTS SUMMARY — In case of errors or questions about your billing statement.

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659588, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

    Your name and account number;
    The dollar amount of the suspected error;
    Describe the error and explain, if you can, why you believe
    there is an error.
    If you need more information, describe the item you are
    unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:

- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

Plaintiffs000205

- *Bill Pay and Online Banking transactions to 400 E. Main Street, MS STA2BPC, Stockton, CA 95202.*

We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

**For Transactions Subject to Federal Electronic Fund Transfer Act:** We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

---

*WAMU® DEBIT MASTERCARD® CUSTOMERS:*

The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

*TRANSACTION DESCRIPTIONS*

ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

Plaintiffs000206

*Deposit accounts now held by JPMorgan Chase Bank, N. A.*

**YOUR FREE CHECKING STATEMENT**

P.O. BOX 660022
DALLAS, TX 75266-0022

**This Statement Covers**
From: 03/17/09
Through: 06/15/09

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at wamu.com

LAB KAY CHONG
30 CARMINE ST
NEW YORK NY 10014-4426

You're now able to enjoy free access at over 14,000 Chase and WaMu ATMs, and by the end of July you'll have access to all Chase branches, with branches in NV and CA coming in October. We're also making changes to the automated system to improve your telephone banking experience. You'll have new and better ways to access your account, and transferring money will become even easier. Watch for an important mailing with more details coming soon, as we work to bring you the power of Chase.

## Your Free Checking Detail Information

LAB KAY CHONG          Account Number: ●●●●●●356-5
Washington Mutual Bank, FA

Currently, fees for using non-Chase/WaMu ATMs are billed at the end of each statement cycle. After July 23, 2009 any fees for using non-Chase/WaMu ATMs will be subtracted from your account on the same day you use the non-Chase/WaMu ATM. Fees incurred on or before July 22 will be posted to your account on July 22, rather than the date of your next statement.

### Your Account at a Glance

| | |
|---|---|
| Beginning Balance | $0.01 |
| Checks Paid | $0.00 |
| Other Withdrawals | $0.00 |
| Deposits | $0.00 |
| Ending Balance | $0.01 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
Overdraft charges          $0.00
Non-Sufficient Funds charges          $0.00

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.


Plaintiffs000207

## HOW TO RECONCILE YOUR ACCOUNT

### STEP 1

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

### STEP 2

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** |  |

### STEP 3

|  | AMOUNT |
|---|---|
| ENTER ENDING BALANCE FROM THIS STATEMENT |  |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT |  |
| **SUBTOTAL** |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| **THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER** |  |

### IF BALANCES DO NOT AGREE:

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit to pay item(s)/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits. An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid FINANCE CHARGES, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

### BILLING RIGHTS SUMMARY — In case of errors or questions about your billing statement.

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at Washington Mutual, P.O. Box 659588, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

    Your name and account number;
    The dollar amount of the suspected error;
    Describe the error and explain, if you can, why you believe there is an error.
    If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:
- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

Plaintiffs000208

- *Bill Pay* and Online Banking transactions to 400 E. Main Street, MS STA2BPC, Stockton, CA 95202.

We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

**For Transactions Subject to Federal Electronic Fund Transfer Act:**
We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

---

***WAMU® DEBIT MASTERCARD® CUSTOMERS:***
The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

---

***TRANSACTION DESCRIPTIONS***
ATM-CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM-NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM-TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM-WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

Plaintiffs000209

*Deposit accounts now held by JPMorgan Chase Bank, N. A.*                    **YOUR FREE CHECKING STATEMENT**

P.O. BOX 660022
DALLAS, TX 75266-0022

**This Statement Covers**
From: 06/16/09
Through: 07/15/09

***Need assistance?***
To reach us anytime
call **1-800-788-7000**
or visit us at wamu.com

LAB KAY CHONG
44 CARMINE ST APT 1
NEW YORK NY 10014-6913

Welcome to Chase. We're excited about continuing to bring you great service and now you'll also have the most branches in New York and the most ATM locations in NYC! This month you'll see more of our signs change to Chase as we prepare to merge our systems on July 25, 2009. After July 25, you can bank wherever you see the Chase sign across the U.S. (except for California, which becomes available to you later this year); branches with WaMu signs in other states will also not be able to offer banking services for your Chase account until later this year. You should have received a letter recently about your WaMu account becoming a similar account at Chase, including information about new services coming soon. If you have any questions, just stop by any of our branches or call us at 1.800.788.7000. We'll be happy to help.

## Your Free Checking Detail Information

LAB KAY CHONG          Account Number: ●●●●●●6356-6
Washington Mutual Bank, FA

Currently, fees for using non-Chase/WaMu ATMs are billed at the end of each statement cycle. After July 23, 2009 any fees for using non-Chase/WaMu ATMs will be subtracted from your account on the same day you use the non-Chase/WaMu ATM. Fees incurred on or before July 22 will be posted to your account on July 22, rather than the date of your next statement.

| Your Account at a Glance | |
|---|---|
| Beginning Balance | $0.01 |
| Checks Paid | $0.00 |
| Other Withdrawals | $0.00 |
| Deposits | $0.00 |
| Ending Balance | $0.01 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
Overdraft charges                              $0.00
Non-Sufficient Funds charges                   $0.00

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.

0 10-S-83                              Page 1 of 1          Deposits are FDIC Insured

7782      XAGR        001    07   15  071509      PAGE 1 of 1      COLR725C  7253  3200  01AA7782

Plaintiffs000210

## HOW TO RECONCILE YOUR ACCOUNT

### STEP 1

- Update your account record.
- Enter checks, other transactions, and service charges not recorded.

### STEP 2

- List outstanding checks, other transactions, POP, ATM, POS, and other withdrawals.

| ENTER CHECK NUMBER OR DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL OUTSTANDING CHECKS & OTHER TRANSACTIONS** |  |

### STEP 3

|  | AMOUNT |
|---|---|
| ENTER YOUR ENDING BALANCE FROM THIS STATEMENT |  |
| ADD YOUR DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT |  |
| **SUBTOTAL** |  |
| SUBTRACT YOUR TOTAL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (FROM STEP 2) |  |
| **THIS SHOULD AGREE WITH THE BALANCE IN YOUR ACCOUNT REGISTER** |  |

### IF BALANCES DO NOT AGREE:

- Check addition and subtraction in your register and above.
- Compare your checks, other transactions, POP, ATM, POS, and other withdrawals in your register with statement.
- Compare deposit receipts and entries in your register with statement.
- Be sure all checks, POP, ATM, POS, and other payments and deposits are entered in your register.
- Be sure any interest credits are entered in the deposit section and fees entered in the debit section of your register.

### NON-SUFFICIENT FUNDS AND OVERDRAFT REMINDER

We reserve the right not to pay any item or transaction presented against your account if presented when there are insufficient available funds in your account (subject to any overdraft line of credit or overdraft transfer service that you have linked to your account), even if we paid such items/transactions in the past. Unless you request us not to do so, by calling 800.788.7000, we may, but are not obligated to, establish an overdraft limit/transaction(s) in excess of your available balance and any fees related to your account. We may note on the front of this statement that an overdraft limit was established and indicate that amount. **That amount is valid as of the statement date, but may change (be increased, lowered, or removed) at any time without notice, including before you actually receive your statement, due to printing and mailing time as well as our process for reviewing overdraft limits.** An overdraft limit is not a line of credit. If you prefer not to have an overdraft limit, let us know and we would then generally return checks and other transactions that exceed your available balance. The best way to make sure your items/transactions are paid is to maintain sufficient available funds in your account to pay your authorized items/transactions and fees that may be due related to your account. If an item/transaction (such as a check or other transaction, like an ATM withdrawal, a point-of-sale transaction, or electronic payment) is presented against insufficient available funds, we will charge a fee for each transaction, whether the item/transaction is paid or rejected and the fee, as well as any overdraft paid, will reduce the overdraft limit amount, if any. You must deposit additional funds to pay for your overdrafts and any associated fees immediately.

### OVERDRAFT LINE OF CREDIT ("ODLOC") DISCLOSURES

This information applies only to overdraft lines of credit issued to consumers primarily for personal, family, or household purposes. FINANCE CHARGES on each advance accrue from the date we make the advance until the date the advance is paid in full. This means that there is no grace period that would allow you to avoid FINANCE CHARGES on advances on your Credit Line Account.

The periodic FINANCE CHARGE on your Credit Line Account for each billing period is a function of the Daily Periodic Rate, the "Average Daily Balance" of your Credit Line Account, and the number of days in the billing period. a) The "Daily Balance" of your Credit Line Account for each day will be (1) the Total Balance at the beginning of that day, plus (2) new advances or charges, minus (3) all payments and credits received that day and applied (i) to principal, (ii) unpaid FINANCE CHARGES, and (iii) any overlimit fees, dishonored payment fees, and late fees to the extent such fees are added to the outstanding balance of your Credit Line Account. "Total Balance" means all amounts due on the Credit Line Account. b) The "Average Daily Balance" is the sum of the Daily Balances for all days in the billing period divided by the number of days in the billing period. c) The periodic FINANCE CHARGE for a billing period is calculated by multiplying the "Average Daily Balance" by the Daily Periodic Rate and multiplying the result by the number of days in the billing period.

### BILLING RIGHTS SUMMARY -- In case of errors or questions about your billing statement.

If you think your ODLOC statement is wrong, or if you need more information about an ODLOC transaction on your statement, write to us, on a separate sheet of paper, at: Washington Mutual, P.O. Box 659586, San Antonio, TX 78265-9588, as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

> Your name and account number;
> The dollar amount of the suspected error;
> Describe the error and explain, if you can, why you believe there is an error.
> If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### NOTICES OF FURNISHING NEGATIVE INFORMATION

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

### BANKRUPTCY NOTICE

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS IS FOR INFORMATIONAL PURPOSES AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or need more information about a transfer listed on the statement or receipt, notify us immediately at 800.788.7000 or in writing for:

- ATM/Debit Card transactions to P.O. Box 9017, Pleasanton, CA 94566-9020;
- ACH and electronified check transactions to P.O. Box 659634, San Antonio, TX 78265; and

Plaintiffs000211

- *Bill Pay* and Online Banking transactions to 400 E. Main Street, MS STA3BPC, Stockton, CA 95202.

We must hear from you no later than 60 calendar days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

**For Transactions Subject to Federal Electronic Fund Transfer Act:**
We will investigate your claim promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error if required by law to do so, so that you will have the use of the money during the time it takes us to complete our investigation.

---

### WAMU® DEBIT MASTERCARD® CUSTOMERS:

The Guide to Benefits is online at wamu.com/debit (click on Compare WaMu Debit Cards) or call 800.MC.ASSIST for a copy.

### TRANSACTION DESCRIPTIONS

ATM–CHG = AUTOMATED TELLER MACHINE TRANSACTION, FEE CHARGED
ATM–NCHG = AUTOMATED TELLER MACHINE TRANSACTION, NO FEE CHARGED
ATM–TRANSFER = AUTOMATED TELLER MACHINE TRANSFER
ATM–WDL = AUTOMATED TELLER MACHINE WITHDRAWAL
CASH AD = CASH ADVANCE TRANSACTION
MC = DEBIT MASTERCARD TRANSACTION (PIN NOT USED)
OLB = ONLINE BANKING TRANSACTION
POP = POINT OF PURCHASE TRANSACTION
POS = POINT OF SALE TRANSACTION (PIN USED)
RCK = RE-PRESENTED CHECK
VISA = CHECK CARD TRANSACTION (PIN NOT USED)

(08/08)

Plaintiffs000212

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 -0180

July 16, 2009 through August 17, 2009

Account Number: ●●●●●●●●●●●●3566

00021490 DRE 802 142 23009 - YYNNN T  1  000000000  31 0000
LAB KAY CHONG
44 CARMINE ST APT 1
NEW YORK NY 10014-6913

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## Welcome to Expanded Banking!

You now have full banking access at 900 more branches: all former WaMu branches in Florida, Georgia, New York, New Jersey, Connecticut, Illinois, and Texas are now Chase branches.

Many also have new expanded hours to serve you, with later hours on Fridays and Saturdays when you need them most. Watch your statements for branch availability in more states coming later this fall.

### Welcome to Chase
### Get Ready for Better Banking

Please see the enclosed guide to your new statement. Chase is committed to bringing you:

**Continued Value**
Get the great features and service you've come to expect. Our bankers are happy to speak with you and find a solution that fits your needs.

**Greater Control**
Watch over your finances anytime, anywhere with mobile and online banking. You can also reduce clutter by choosing paperless statements.

**More Convenience**
With Chase, you have free access to over 14,000 Chase and WaMu ATMs, as well as access to over 5,000 branches by year end.

We value you as a Chase customer. Please call us at 1-800-788-7000 if you have questions.

## CHECKING SUMMARY    Chase Free Classic Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $0.01 |
| Ending Balance | $0.01 |

Page 1 of 2

Plaintiffs000213

**CHASE ◯**

July 16, 2009 through August 17, 2009
Account Number: ████████3566

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          **Step 1 Balance:** $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                               **Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.                          **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                               **Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:          $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

Plaintiffs000214

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

August 18, 2009 through September 16, 2009

Account Number:  ▓▓▓▓▓3566



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00009502 DRE 802 212 26009 - NYNNN  1 000000000 31 0000
LAB KAY CHONG
44 CARMINE ST APT 1
NEW YORK NY 10014-6913

STARTING 10/25/2009, THE STOP PAYMENT FEE WILL BE LOWERED TO $25
WHEN YOU REQUEST A STOP PAYMENT FOR A CHECK ONLINE THROUGH
CHASE.COM.  THE FEE WILL REMAIN THE SAME AT $32 IF YOU GO INTO A
BRANCH OR CALL US TO REQUEST A STOP PAYMENT.  PLEASE CALL US AT
1-800-935-9935 IF YOU HAVE QUESTIONS.

IF YOU HAVE A CHASE PREMIER PLATINUM CHECKING ACCOUNT OR A CHASE
PREMIER PLATINUM ASSET MANAGEMENT ACCOUNT, THE FEE FOR STOP
PAYMENTS WILL CONTINUE TO BE WAIVED.

### Attention Former WaMu Customers
### Chase By Phone Access Has Been Updated

When you use your debit card number to access account information with Chase by Phone, you now need to
enter your ATM PIN after entering your debit card number. This update allows instant access to your account
information and saves time in reaching a telephone banker.

You can reach Chase by Phone by calling the number listed at the top of this statement.

## CHECKING SUMMARY   Chase Free Classic Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $0.01 |
| **Ending Balance** | $0.01 |

Page 1 of 4

Plaintiffs000215



August 18, 2009 through September 16, 2009
Account Number: ████████3566

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:

**Step 1 Balance: $**_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total: $**_____

3. Add Step 2 Total to Step 1 Balance.

**Step 3 Total: $**_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total: -$**_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

Plaintiffs000216



CHASE ⬡

August 18, 2009 through September 16, 2009
Account Number: ████████8566



## INTRODUCING CHASE PAYS YOUR BILLS!
### There are 200 winners per day. Your next bill could be ON US. Here's how:

1. **Enroll-** Visit a branch and talk to a banker
2. **Pay Bills Online-** Log on to your Chase.com account and click on the Payments & Transfers tab to start paying bills. Click on one of the three eligible payment methods to make a qualifying payment:

   - Bill Payment
   - Account Transfers from checking or savings
   - (Transfers between checking and savings accounts do not qualify.)
   - Card Payments

3. **WIN!-** Check your next Chase checking or savings account statement to find out if you're a winner- **up to $200!**

NO PURCHASE NECESSARY TO ENTER OR WIN. A PURCHASE OR BANK TRANSACTION WILL NOT INCREASE YOUR CHANCES OF WINNING. PROMOTION SUBJECT TO ALL FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS. OPEN TO LEGAL U.S. RESIDENTS WHO ARE 18 YEARS OF AGE OR OLDER AND CURRENTLY RESIDING in AZ, CO, CA, CT, FL, GA, ID, IL, IN, KY, LA, MI, NJ, NY, NV, OH, OK, OR, TX, UT, WA, WI and WV or A BUSINESS WITH AN ADDRESS LOCATED WITHIN THE ELIGIBLE STATES. VOID WHERE PROHIBITED. Program begins 7/1/09 and ends 9/30/09. For information on how to opt in, how to obtain entries, entry limitations, how potential winners are determined and no purchase method of entry, as well as the rest of the Official Rules, please see a Chase representative. Maximum ARV of each prize is $200. Maximum ARV for all prizes is $2,600,000. Limit ten (10) entries per calendar month per account holder, joint account, household or address, regardless of method of entry. Odds of winning any one prize depend on the number of eligible entries received for each Daily Drawing. If you do not wish to receive by mail offers of future sweepstakes from JPMorgan Chase Bank, N.A., write to us at Sweepstakes Preference Office, 1111 Polaris Parkway, Suite A1, Columbus, OH 43240-0242. Please specify that you do not wish to receive offers of future sweepstakes, which does not exclude you from any Chase marketing offer or promotion, and include your name, address and telephone number. **SPONSOR:** JPMorgan Chase Bank, N.A., 1111 Polaris Parkway, Columbus, OH, 43240.

Plaintiffs000217



August 18, 2009 through September 16, 2009

Account Number: ████████████3566

This Page Intentionally Left Blank

Plaintiffs000218

## CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

September 17, 2009 through October 16, 2009

Account Number: ████████3566

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00007127 DRE 802 210 29009 - NYNNN  1  000000000  31 0000
LAB KAY CHONG
44 CARMINE ST APT 1
NEW YORK NY 10014-6913



## Attention Former WaMu Customers
## Chase By Phone Access Has Been Updated

When you use your debit card number to access account information with Chase by Phone, you now need to
enter your ATM PIN after entering your debit card number. This update allows instant access to your account
information and saves time in reaching a telephone banker.

You can reach Chase by Phone by calling the number listed at the top of this statement.

| CHECKING SUMMARY | Chase Free Classic Checking | |
|---|---|---|
| | | AMOUNT |
| Beginning Balance | | $0.01 |
| Ending Balance | | $0.01 |

Plaintiffs000219



**CHASE** ⬡

September 17, 2009 through October 16, 2009

Account Number: ⬛⬛⬛⬛⬛3566

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**          Step 1 Balance: $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**          Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**     $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC

Plaintiffs000220

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

September 17, 2009 through October 16, 2009

Account Number:  ⬛⬛⬛⬛⬛⬛3566



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7363 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00007127 DRE 802 210 29009 - NYNNN  1 000000000 31 0000
LAB KAY CHONG
44 CARMINE ST APT 1
NEW YORK NY 10014-6913

### Attention Former WaMu Customers
### Chase By Phone Access Has Been Updated

When you use your debit card number to access account information with Chase by Phone, you now need to enter your ATM PIN after entering your debit card number. This update allows instant access to your account information and saves time in reaching a telephone banker.

You can reach Chase by Phone by calling the number listed at the top of this statement.

## CHECKING SUMMARY | Chase Free Classic Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $0.01 |
| Ending Balance | $0.01 |

Plaintiffs000221

 **CHASE**

**BALANCING YOUR CHECKBOOK**

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**       **Step 1 Balance: $_____**

2. **List and total all deposits & additions** not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                **Step 2 Total: $_____**

3. **Add Step 2 Total to Step 1 Balance.**                       **Step 3 Total: $_____**

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                **Step 4 Total: -$_____**

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**    **$_____**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Plaintiffs000222

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

November 18, 2009 through December 15, 2009

Account Number: ⬛⬛⬛⬛⬛⬛⬛3566

00006659 DRE 802 210 35009 - NNNNN  1 000000000 31 0000
LAB KAY CHONG
44 CARMINE ST APT 1
NEW YORK NY 10014-6913

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Free Classic Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $0.01 |
| **Ending Balance** | $0.01 |

Page 1 of 2

Plaintiffs000223

CHASE

November 18, 2009 through December 15, 2009

Account Number: ████████3566

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   **Step 1 Balance:** $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.   **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING LENDER    JPMorgan Chase Bank, N.A. Member FDIC

Plaintiffs000224

Exhibit 11

Plaintiffs000225

*TESE & MILNER*
*One Minetta Lane*
New York, New York 10012

| | | |
|---|---|---|
| Michael M. Milner, Esq.<br>Angela Tese-Milner, Esq | (212) 475-3673<br>Fax (212) 598-5864 | Vincent S. Tese, Esq.<br>(1903-1972)<br>Raymond Tese, Esq.<br>(1912-2002) |

August 30, 2010

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017
Fax: 646-218-4600

VIA FACSIMILE AND FIRST CLASS MAIL

Re:   *Lab Kay Chong*, 10-13920 (REG)

Dear Mr. Shenwick:

Kindly provide our office with a copy of your firm's account statement for the month in which it deposited the Debtor's cashier check.

It is our understanding that Chase includes digital copies of deposited checks with monthly account statements. If this is not the case, kindly provide us with a letter from your bank indicating that no such image is available.

Kindly remit the requested documents to our office within the next three (3) business days.

Sincerely,

Lindsay M. Weber
For Chapter 7 Trustee

Plaintiffs000226

Exhibit 12

**Plaintiffs000227**

**SHENWICK & ASSOCIATES**
655 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
TELEPHONE: (212) 541-6224
AFTER HOURS DIRECT LINE: (212) 584-9746
FAX: (646) 218-4600
CELL: (917) 363-3391
Email: jshenwick@gmail.com
Website: http://sites.google.com/site/jshenwick
Blog: http://shenwick.blogspot.com

September 3, 2010

     Re: In re Lab Kay Chong, Case No. 10-13920-reg

Dear Ms. Weber:

This law firm is in receipt of your letter dated August 30, 2010. As requested, please find enclosed a redacted account statement evidencing the deposit of the above-referenced Debtor's checks into this law firm's bank account as of the filing of the Debtor's bankruptcy petition.

Contrary to your understanding, Chase monthly statements only include copies of checks written on the account, not copies of checks deposited at an ATM. Please feel free to confirm this with a Chase branch manager. Your attention to this matter is appreciated.

           Sincerely,

           James H. Shenwick

Enclosure

Plaintiffs000228



# CHASE

July 01, 2010 through July 30, 2010

Account Number: ███████7754

## DEPOSITS AND ADDITIONS (continued)



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/14 | ATM Check Deposit | 1,500.00 |
| 07/14 | ATM Check Deposit | 300.00 |
| 07/20 | ATM Check Deposit | 1,299.00 |
| 07/20 | ATM Check Deposit | 500.00 |

Page 3 of 10

Plaintiffs000229



July 01, 2010 through July 30, 2010
Account Number: ███████7754

## DEPOSITS AND ADDITIONS    (continued)



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Total Deposits and Additions | | |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 9680 ^ | | 07/02 | |
| 9682 * ^ | | 07/08 | |
| 9683 ^ | | 07/06 | |
| 9684 ^ | | 07/09 | |
| 9685 ^ | | 07/19 | |
| 9686 ^ | | 07/19 | |
| 9687 ^ | | 07/20 | |
| 9688 ^ | | 07/16 | |
| 9689 ^ | | 07/23 | |
| 9690 ^ | | 07/30 | |
| 9691 ^ | | 07/29 | |
| 9692 ^ | | 07/29 | |
| Total Checks Paid | | | |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Total Electronic Withdrawals | | |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

Plaintiffs000230

Exhibit 13

Plaintiffs000231

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: _____*Tinglins*_____          PART __44__
                         Justice

30 Carmine LLC                    INDEX NO. __60287/09__

                                  MOTION DATE _____
          - v -
                                  MOTION SEQ. NO. __02__

Chong, Lab                        MOTION CAL. NO. _____

The following papers, numbered 1 to _____ were read on this motion to/for _Enjunctive Relief_

|  | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

Cross-Motion:  ☐ Yes  ☐ No

Upon the foregoing papers, it is ordered that this motion

*Decline to sign.*

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S)

Dated: __7/9/10__                    _may_
                                           J.S.C.

Check one:  ☐ **FINAL DISPOSITION**   ☐ **NON-FINAL DISPOSITION**

Check if appropriate:  ☐ **DO NOT POST**   ☐ **REFERENCE**

Plaintiffs000232

016909

EX PARTE MOTION OFFICE

APPROVED M. *SAR*

FOR THE PAYMENT
OF MOTION FEE
ONLY

At Part ____ of the
Supreme Court of the State of New
York held in and for the County of
_____ on
*leave blank*
_____, 200__.
*leave date blank*

PRESENT:   HON. Tingling _____
           J.S.C.        *leave blank*

-------------------------------------------x

30 CARMINE LLC,.       :     Index No. 602287/2009
                             *insert court index no.*
                       :
            Plaintiff,       **ORDER TO SHOW CAUSE**
                       :     **TO VACATE DEFAULT**
                             **JUDGMENT**     FEE PAID
-against-              :
                             JUL 09 2010
LAB CHONG, INDIVIDUALLY AND  :
DIB[A KAJJAH OPTICAL         NEW YORK
            Defendant.  :    COUNTY CLERK'S OFFICE
-------------------------------------------x

Upon reading and filing the annexed affidavit of LAB CHONG _____, the Defendant
                                                *your name(movant)*

in this action, sworn to on JULY 9, 2010, together with the papers
                            *date of affidavit*

annexed thereto,

    LET 30 CARMINE LLC, Plaintiff, show cause before this Court at Part_____
        *opposing party's name*

_____, Room_____ of this Court, to be
        *leave blank*              *leave blank*

held at the Courthouse located at _____New York
                                        *address of courthouse*

on _____ at 9:30 a.m., or as soon thereafter as the parties can be heard, why
        *leave blank*

an Order should not be made: (check applicable boxes)
                                    1                          12/15/04

    ☐   A) Vacating the default Judgment of Divorce pursuant to CPLR 5015(a).

E COURT OF THE STATE OF NEW YORK
Y OF NEW YORK

------------------------------------------------x

CARMINE LLC

name(s)]                    Plaintiff(s)/Petitioner(s)

- against -

S CHONG AND D/B/A KAWAII OPTICAL

name(s)]            Defendant(s)/Respondent(s)

------------------------------------------------x

**Index Number**

602287/2009

**AFFIDAVIT
IN SUPPORT**

E OF NEW YORK
NTY OF NEW YORK _____ ss:

LAB CHONG _____ [your name], being duly

n, deposes and says:

1. I am the plaintiff / petitioner / (defendant) / respondent [circle one] in this matter. I make affidavit in support of this motion for an order [Describe what you are asking the Court to This relief must also be stated in the Notice of Motion or Order to Show Cause.] _____

DISMISSED THE PLAINTIFF CLAIMS OF OWING

187,020.02,

2. I believe the Court should grant this motion because [Explain why you should be anted what you are requesting. Explain any Exhibits (documents) you submit. Add more ges if needed.] DOCUMENTS ENCLOSED SHOWS

HAT I OWED #12029.17 AS OF MAY 6, 2009.

AND I HAD A SECURITY DEPOSIT OF $10625.00

WHEN I SIGNED THE LEASE AGREEMENT ON OCTOBER 1, 2005.

TAKEN ACCOUNT OF INTEREST ACCURED OF 4 YEAR

OF THE SECURITY DEPOSIT. I WOULD OWE$1404.17

NOT $187,020.02.

1-06

**Plaintiffs000234**

3. A prior application (has not)/ has   [circle one] been made for the relief now requested.
you made this application before in this or any other court, describe where, when, the
suit and why you are making it again.  Attach copies of previous decisions.]

WHEREFORE, I respectfully request that this motion be granted, and that I have such other
nd further relief as may be just and proper.

worn to before me on the
___ day of JUL 0 9 2010 ,200__

_Margaret A. Schwartz_
Notary Public

MARGARET A. SCHWARTZ
Notary Public, State of New York
Reg. No. 04SC6152068
Qualified in New York County
Commission Expires Aug. 23, 20__ 10

2

[sign your name in front of a Notary]

LAB CHONG
[print your name]

AffSup4-06

Plaintiffs000235

ME COURT OF THE STATE OF NEW YORK
Y OF NEW YORK
_____X

O  CARMINE  LLC
[ill in name(s)]                                    Plaintiff(s)/Petitioner(s)

- against -

LAB CHONG D/B/A KAWAN OPTICAL
[ill in name(s)]                                    Defendant(s)/Respondent(s)
_____X

Index Number

602287 | 2009

UNIFORM RULE SECTION 202.7
AFFIDAVIT OF COMPLIANCE

STATE OF NEW YORK        )
COUNTY OF  NEW YORK    )  ss:

LAB CHONG _____, [your name], being duly sworn, deposes and says:
I am the self represented [circle one] plaintiff / defendant in this matter. I make this supplemental
affidavit in support of my Order to Show Cause for a Temporary Restraining Order (TRO).

Check box that applies]

☑ I have made a good faith effort to notify the party against whom the TRO is sought of the date, time and
place that this request will be made in a manner sufficient to permit the party an opportunity to appear in
response to the application as follows:
      On [date] JULY 9 ____, 2010, at [time] 10:55 AM / PM, I contacted by telephone,
the [circle one] plaintiff / plaintiff's attorney / defendant / defendant's attorney / other named below.
            MARSHAL E. BLOOMFIELD
            370 E. 149 ST
            BRONX NY 10451 - 5603
            718 665 5900
                  [name, address, telephone number]

I informed the above named party that on [date and time] _____, 200__; at ____ AM / PM,
I will submit the Order to Show Cause to the [name of Judge] Hon. _____,
located at [circle one]  60 - 80 - 100 - 111 Centre St. / 71 Thomas St., Part _____ [number];
Room _____ [number], [telephone number] (646) 386 - _____.
      When informed by the court of the date, time and place the Judge is available to hear argument on
the TRO, I will immediately notify the above named party by telephone.

☐ I have not contacted the party against whom the TRO is sought of the date, time and place this request will
be made. I believe that by giving notice there will be significant prejudice to me for the following reason(s):
[state reasons] _____

Sworn to before me this
9th day of JULY ____, 2010

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
_____ June 15, 20__

[sign your name in front of a notary]

LAB CHONG
            [print your name]

Plaintiffs000236