UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | |
| | : | |
| LAB KAY CHONG, f/d/b/a | : | Case No. 10-13920 (REG) |
| KAWAII OPTICAL, | : | |
| | : | (Chapter 7) |
| Debtor. | : | |

------------------------------------------------------X

| | | |
|---|---|---|
| 30 CARMINE LLC, | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Adv. Proc. No. 10-03877 |
| | : | |
| LAB KAY CHONG, f/d/b/a | : | |
| KAWAII OPTICAL, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------X

| | | |
|---|---|---|
| TRACY HOPE DAVIS, the UNITED | : | |
| STATES TRUSTEE, | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Adv. Proc. No. 10-04242 |
| | : | |
| LAB KAY CHONG, f/d/b/a | : | |
| KAWAII OPTICAL, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------X

## NOTICE OF DEPOSITION

Please take notice that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure,

as incorporated by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the

United States Trustee will take the deposition upon oral examination of Lab Kay Chong, before a

notary public or duly authorized officer authorized to administer oaths at the Office of the United

States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 commencing on

Tuesday, June 19, 2012 at 10:00 a.m.

Dated: New York, New York
        June 7, 2012

                                    Respectfully submitted,

                                    TRACY HOPE DAVIS
                                    UNITED STATES TRUSTEE


                        By:    */s/Michael T. Driscoll*
                               Michael T. Driscoll
                               Trial Attorney
                               33 Whitehall Street, 21st Floor
                               New York, New York 10004
                               Tel. No. (212) 510-0500

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re                                              :
                                                   :
LAB KAY CHONG, f/d/b/a                             :        Case No. 10-13920 (REG)
KAWAII OPTICAL,                                    :
                                                   :        (Chapter 7)
                       Debtor.                     :
------------------------------------------------------X
30 CARMINE LLC,                                    :
                                                   :
                       Plaintiff,                  :
         -against-                                 :        Adv. Proc. No. 10-03877
                                                   :
LAB KAY CHONG, f/d/b/a                             :
KAWAII OPTICAL,                                    :
                                                   :
                       Defendant.                  :
------------------------------------------------------X
TRACY HOPE DAVIS, the UNITED                       :
STATES TRUSTEE,                                    :
                                                   :
                       Plaintiff,                  :
         -against-                                 :        Adv. Proc. No. 10-04242
                                                   :
LAB KAY CHONG, f/d/b/a                             :
KAWAII OPTICAL,                                    :
                                                   :
                       Defendant.                  :
------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

I, Michael T. Driscoll, hereby declare, under penalty of perjury, under the laws of the

United States of America, and pursuant to 28 U.S.C. § 1746, I caused to be served a copy of the

Notice of Deposition to the parties below on June 19, 2012, by regular mail in an authorized

depository within the City and State of New York.

Dated: New York, New York
      June 7, 2012

                                   Respectfully submitted,

                                   TRACY HOPE DAVIS
                                   UNITED STATES TRUSTEE


By:    */s/Michael T. Driscoll*
        Michael T. Driscoll
        Trial Attorney
        33 Whitehall Street - 21st Floor
        New York, New York 10004
        Tel. No. (212) 510-0500


Service List:

Lab Kay Chong
44 Carmine Street
Apt. 1
New York, NY 10014

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Bruce Weiner
Rosenberg, Musso & Weiner, LLP
26 Court Street, Suite 2211
Brooklyn, NY 11242

Angela G. Tese-Milner
Law Offices of Angela Tese-Milner, Esq.
One Minetta Lane
New York, NY 10012