December 4, 2012

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Honorable Robert E. Gerber

          Re:    30 Carmine v. Chong    Adv. 10-03877 - reg
                  Davis v. Chong        Adv. 10-04242 - reg

Dear Judge Gerber:

      The pretrial conference is scheduled for January 24, 2013 @ 9:45 a.m. in the above adversary proceedings.

                                          Very truly yours,

                                          /s/
                                          Bruce Weiner

BW:db

cc:    James H. Shenwick, Esq. - via fax 646-218-4600
        Michael T. Driscoll, Esq. (Via email): Michael.Driscoll@usdoj.gov
       Lab Kay Cong
       44 Carmine St., Apt. 1
       New York, NY 10014