| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | **Hearing Date:** May 29, 2013<br>**Hearing Time:** 9:45 a.m. |

-------------------------------------------------X
In re                                             :
                                                  :
LAB KAY CHONG, f/d/b/a                            :    Case No. 10-13920 (REG)
KAWAII OPTICAL,                                   :
                                                  :    (Chapter 7)
        Debtor.                          :
-------------------------------------------------X
30 CARMINE LLC,                                   :
                                                  :
        Plaintiff,                       :
   -against-                                  :    Adv. Proc. No. 10-03877
                                                  :
LAB KAY CHONG, f/d/b/a                            :
KAWAII OPTICAL,                                   :
                                                  :
        Defendant.                       :
-------------------------------------------------X
TRACY HOPE DAVIS, the UNITED                      :
STATES TRUSTEE,                                   :
                                                  :
        Plaintiff,                       :
   -against-                                  :    Adv. Proc. No. 10-04242
                                                  :
LAB KAY CHONG, f/d/b/a                            :
KAWAII OPTICAL,                                   :
                                                  :
       Defendant.                        :
-------------------------------------------------X

## NOTICE OF ADJOURNED STATUS HEARING

    Please take notice that a status hearing in the above-referenced Adversary Proceedings has been adjourned for **May 29, 2013 at 9:45 a.m.** at the United States Bankruptcy Court,

1

Courtroom 523, One Bowling Green, New York, New York 10004-1408.

Dated: New York, New York
     May 21, 2013

                              Respectfully submitted,

                              TRACY HOPE DAVIS
                              UNITED STATES TRUSTEE

By:   */s/ Michael T. Driscoll*
       Michael T. Driscoll
       Trial Attorney
       33 Whitehall St.
       21st Floor
       New York, NY 10012
       (212) 510-0538

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re                                              :
                                                   :
LAB KAY CHONG, f/d/b/a            :    Case No. 10-13920 (REG)
KAWAII OPTICAL,                            :
                                                   :    (Chapter 7)
             Debtor.                         :
------------------------------------------------------X
30 CARMINE LLC,                          :
                                                   :
             Plaintiff,                     :
    -against-                                :    Adv. Proc. No. 10-03877
                                                   :
LAB KAY CHONG, f/d/b/a            :
KAWAII OPTICAL,                            :
                                                   :
             Defendant.                  :
------------------------------------------------------X
TRACY HOPE DAVIS, the UNITED  :
STATES TRUSTEE,                         :
                                                   :
             Plaintiff,                     :
    -against-                                :    Adv. Proc. No. 10-04242
                                                   :
LAB KAY CHONG, f/d/b/a            :
KAWAII OPTICAL,                            :
                                                   :
             Defendant.                  :
------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Michael T. Driscoll, hereby declare, under penalty of perjury, under the laws of the

United States of America, and pursuant to 28 U.S.C. § 1746, I caused to be served a copy of the

Notice of Adjourned Status Hearing to the parties below on May 21, 2013, by regular mail in an

3

authorized depository within the City of Brooklyn and the State of New York.

Dated: New York, New York
　　　　May 21, 2013

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　TRACY HOPE DAVIS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE


　　　　　　　　　　　　　　　　　　By:　　*/s/Michael T. Driscoll*
　　　　　　　　　　　　　　　　　　　　　　Michael T. Driscoll
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　33 Whitehall St.
　　　　　　　　　　　　　　　　　　　　　　21st Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10012

Service List:

Lab Kay Chong
44 Carmine Street
Apt. 1
New York, NY 10014

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Bruce Weiner
Rosenberg, Musso & Weiner, LLP
26 Court Street, Suite 2211
Brooklyn, NY 11242

Dean Ross
265 Lafayette Street, Apt. D 12 ½
New York, NY 10012

Angela G. Tese-Milner
Law Offices of Angela Tese-Milner, Esq.
One Minetta Lane
New York, NY 10012

4